KAMER ZUCKER ABBOTT
Edwin A. Keller, Jr.     #6013
Nicole A. Young          #13423
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
ekeller@kzalaw.com
nyoung@kzalaw.com

Attorneys for Defendant,
Brady Linen Services, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN GOMEZ, an individual, | Case No. 2:14-cv-01677-JAD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| BRADY LINEN SERVICES, LLC, a Nevada Limited Liability Corporation, and DOES I-X and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party to bear her/his/its own attorney's fees and costs, except as otherwise may be agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

1  WHEREFORE, the parties respectfully request that this matter be dismissed *with*
2  *prejudice*, and each party to bear her/his/its own costs and attorney's fees, except as otherwise
3  may be agreed.

DATED: December 23, 2014                    DATED: December 23, 2014

KANG & ASSOCIATES, PLLC                     KAMER ZUCKER ABBOTT

By: _____                  By: _____
Patrick W. Kang        #10381               Edwin A. Keller, Jr.    #6013
Kyle R. Tatum          #13264               Nicole A. Young         #13423
6480 West Spring Mountain Road,             3000 West Charleston Boulevard,
Suite 1                                     Suite 3
Tel: (702) 333-4223                         Las Vegas, Nevada 89102-1990
Fax: (702) 507-1468                         Tel: (702) 259-8640
                                            Fax: (702) 259-8646
Attorneys for Plaintiff,
Carmen Gomez                                Attorneys for Defendant,
                                            Brady Linen Services, LLC

## ORDER

Based upon the parties' stipulation,

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions are DENIED as moot. The court will retain jurisdiction for purposes of enforcing the settlement. The Clerk of Court is instructed to enter judgment accordingly and close this case.

Dated:  December 29, 2014.

_____
UNITED STATES DISTRICT JUDGE